IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE EDWARD BUTLER, JR.
ADC # 127529                                                                                       PLAINTIFF

v.                            Case No. 4:11-cv-252-DPM

GARY SMITH, MICHAEL GIBBONS,
and CODY BROWN                                                                               DEFENDANTS

ORDER

Butler's motion to voluntarily dismiss his case without prejudice, *Document No. 2*, is granted. FED. R. CIV. P. 41(a)(2). The Clerk is directed to the close the case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2011