IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE EDWARD BUTLER, JR.
ADC # 127529                                                                PLAINTIFF

v.                          Case No. 4:11-cv-252-DPM

GARY SMITH, MICHAEL GIBBONS,
and CODY BROWN                                                          DEFENDANTS

JUDGMENT

Butler's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2011